**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELIZABETH POLAK,**

      **Plaintiff,**

**v.**                                                    **Case No: 6:25-cv-1284-PGB-DCI**

**FINASTRA TECHNOLOGY,**
**INC.,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed July 28, 2026. (Doc. 69). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs Elizabeth Polak, T. H., Benjamin Merideth, Shapelle Cole, John Nyland, Thomas Weimer, Baitul Javid, Jacob Kalabich, Donna Koney, Henry Koney, Robert Murray and Lisette Atiles claims against Defendant Finastra Technology, Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 28, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties